UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JERRY HOOKS, | ) | |
| | ) | |
| Petitioner, | ) | 3:11-cv-00835-ECR-WGC |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| TODD DIXION, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

Jerry Hooks, a Nevada prisoner, has submitted an application to proceed *in forma pauperis* (ECF #5), as well as a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF #1-1).

Petitioner's application to proceed *in forma pauperis* (ECF #5) is granted. The habeas petition shall be filed and docketed, and it shall be served upon the respondents.

A petition for federal habeas corpus should include all claims for relief of which petitioner is aware. If petitioner fails to include such a claim in his petition, he may be forever barred from seeking federal habeas relief upon that claim. *See* 28 U.S.C. §2254(b) (successive petitions). If petitioner is aware of any claim not included in his petition, he should notify the court of that as soon as possible, perhaps by means of a motion to amend his petition to add the claim.

**IT IS THEREFORE ORDERED** that petitioner's application to proceed *in forma pauperis* (ECF #5) is **GRANTED**.

1  **IT IS FURTHER ORDERED** that the Clerk shall **FILE** and **ELECTRONICALLY**
2  **SERVE** the petition (ECF #1-1) on the respondents.

3  **IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from
4  entry of this order within which to answer, or otherwise respond to, the petition.  In their answer or other
5  response, respondents shall address any claims presented by petitioner in his petition as well as any
6  claims presented by petitioner in any Statement of Additional Claims.  Respondents shall raise all
7  potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and
8  procedural default.  **Successive motions to dismiss will not be entertained**.  If an answer is filed,
9  respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in the
10 United States District Courts under 28 U.S.C. §2254.  If an answer is filed, petitioner shall have **forty-**
11 **five (45) days** from the date of service of the answer to file a reply.

12 **IT IS FURTHER ORDERED** that, henceforth, petitioner shall serve upon the Attorney
13 General of the State of Nevada a copy of every pleading, motion, or other document he submits for
14 consideration by the court.  Petitioner shall include with the original paper submitted for filing a
15 certificate stating the date that a true and correct copy of the document was mailed to the Attorney
16 General.  The court may disregard any paper that does not include a certificate of service.  After
17 respondents appear in this action, petitioner shall make such service upon the particular Deputy Attorney
18 General assigned to the case.

19 **IT IS FURTHER ORDERED** that any state court record exhibits filed by respondents
20 herein shall be filed with a separate index of exhibits identifying the exhibits by number or letter.  The
21 CM/ECF attachments that are filed further shall be identified by the number or numbers (or letter or

1 letters) of the exhibits in the attachment.  The hard copy of any additional state court record exhibits
2 shall be forwarded – for this case – to the staff attorneys in Reno.

        DATED this 22nd day of December 2011.

*Edward C. Reed.*
_____
UNITED STATES DISTRICT JUDGE